# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>REGAL HOSPITALITY SOLUTIONS, LLC,<br>KAREN MAKARYAN,<br>SARGIS MAKARYAN,<br>SAMVEL NIKOGHOSYAN,<br>ARTUR GRIGORYAN,<br>ARMEN AYRAPETYAN,<br>FREMIE BALBASTRO,<br>JASON HILL,<br><br>       Defendants. | CASE NO.: 2:21-cr-18 |

## O R D E R

This matter is before the Court on Defendants' Motion to Seal Documents. Doc. 192. After careful consideration and for good cause shown, the Court **GRANTS** the Motion. Defendants' Regal Hospitality Solutions, LLC, Karen Makaryan, Sargis Makaryan, Samvel Nikoghosyan, Artur Grigoryan, Armen Ayrapetyan, Fremie Balbastro, and Jason Hill's Motion to Seal Motion for Discovery, for Return of Seized Attorney-Client Privileged Documents, and for an Evidentiary Hearing ("Privilege Motion"), including all supporting exhibits attached thereto shall be filed under seal.

**SO ORDERED**, this 22nd day of November, 2021.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA